1   JOHN A. DICICCO
    Principal Deputy Assistant Attorney General
2
    BORIS KUKSO
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044-0683
5   Telephone:   (202) 353-1857
    E-mail:       boris.kukso@usdoj.gov
6                 western.taxcivil@usdoj.gov

7   BENJAMIN B. WAGNER
    United States Attorney
8   Eastern District of California
    *Of Counsel*
9

10  Attorneys for the United States of America

11

12              IN THE UNITED STATES DISTRICT COURT FOR THE

13                  EASTERN DISTRICT OF CALIFORNIA

14  DAWN S. HILL,                      )
                                       ) Civil No.2:11-CV-03162-JAM-CMK
15              Plaintiff,             )
                                       ) **STIPULATION OF DISMISSAL**
16      v.                             )
                                       )
17  DEPARTMENT OF TREASURY INTERNAL    )
    REVENUE SERVICE,                   )
18                                     )
                Defendant.             )
19                                     )

20

21      Defendant the United States of America, by its undersigned counsel, and Plaintiff Dawn S.

22  Hill, acting *pro se*, hereby submit this Stipulation of  Dismissal.

23      Plaintiff initiated this action on November 30, 2011 by filing "Complaint Under 42 U.S.C.

24  Section 1983 Due Process Violation of Federal Constitution" seeking that the Court enjoin the IRS

25  from implementing any further actions against Plaintiff, that the Court instruct the IRS to follow its

26  own rules and regulations, that the Court set aside the IRS's demand for $4,428.83, that the Court

27  //

28

1  appoint an attorney to represent Plaintiff, and that the Court expedite this case (ECF No. 1).

2         The parties hereby agree that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) this

3  action is dismissed with prejudice.

4

5  WHEREFORE, the Complaint is DISMISSED WITH PREJUDICE.

6

7  Dated:  2/28/2012                          Dated:  February 15, 2012

8  By:

9    /s/ Dawn S. Hill    (on file)            JOHN A. DICICCO
   DAWN S. HILL                               Principal Deputy Assistant Attorney General
10 6 Olive Branch Ln.
   Paradise, CA 95969                         By:
11 (530) 327-7045

12 *Plaintiff*                                  /s/ Boris Kukso
                                              BORIS KUKSO
13                                            Trial Attorney, Tax Division
                                              U.S. Department of Justice
14                                            P.O. Box 683, Ben Franklin Station
                                              Washington, D.C.  20044-0683
15                                            Telephone:    (202) 353-1857

16                                            Of Counsel:

17                                            BENJAMIN B. WAGNER
                                              United States Attorney
18                                            Eastern District of California

19                                            *Attorneys for the United States*

20

21                                            **IT IS SO ORDERED:**

22                                            Dated:  March 19, 2012

23                                            /s/ John A. Mendez
                                              Hon. JOHN A. MENDEZ
24                                            United States District Judge

25

26

27

28
                                   - 2 -