JOHN A. DICICCO
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 353-1857
E-mail:          boris.kukso@usdoj.gov
                    western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN S. HILL, | ) |
| | ) Civil No.2:11-CV-03162-JAM-CMK |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| v. | ) |
| | ) |
| DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant the United States of America, by its undersigned counsel, and Plaintiff Dawn S. Hill, acting *pro se*, hereby submit this Stipulation of Dismissal.

Plaintiff initiated this action on November 30, 2011 by filing "Complaint Under 42 U.S.C. Section 1983 Due Process Violation of Federal Constitution" seeking that the Court enjoin the IRS from implementing any further actions against Plaintiff, that the Court instruct the IRS to follow its own rules and regulations, that the Court set aside the IRS's demand for $4,428.83, that the Court

//

appoint an attorney to represent Plaintiff, and that the Court expedite this case (ECF No. 1).

The parties hereby agree that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) this action is dismissed with prejudice.

WHEREFORE, the Complaint is DISMISSED WITH PREJUDICE.

Dated: 2/28/2012

By:

  /s/ Dawn S. Hill  (on file)
DAWN S. HILL
6 Olive Branch Ln.
Paradise, CA 95969
(530) 327-7045

*Plaintiff*

Dated: February 15, 2012

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

By:

  /s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 353-1857

Of Counsel:

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

*Attorneys for the United States*

**IT IS SO ORDERED:**

Dated:   March 19, 2012

/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Judge